**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

22-cr-80081-Dimitrouleas/McCabe

**CASE NO.** _____

**18 U.S.C. § 1028(a)(4), (b)(6)**

**UNITED STATES OF AMERICA**

vs.

**ANA BEATRIZ HERNANDEZ,**

   **Defendant.**

_____ /

**INFORMATION**

The United States Attorney charges that:

From on or about June 24, 2013, through at least as late as in or around July 2017, the exact

date being unknown to the United States Attorney, in Palm Beach and Broward Counties, in the

Southern District of Florida, the defendant,

**ANA BEATRIZ HERNANDEZ,**

did knowingly possess an identification document not issued lawfully for the use of the defendant,

and an authentication feature, to wit, a Florida driver's license that was "REAL ID" compliant and

was obtained through the use of false statements, with the intent that such identification document

and authentication feature be used to defraud the United States; in violation of Title 18, United

States Code, Section 1028(a)(4), (b)(6).

_____ for

_____

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____

A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 22-cr-80081-Dimitrouleas/McCabe |
| **v.** | |
| ANA BEATRIZ HERNANDEZ, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| _____ Defendant/ | **Superseding Case Information:** |

**Court Division**: (Select One)

☐ Miami  ☐ Key West  ☐ FTL
☑ WPB  ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,

    Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No** _____

    List language and/or dialect  _____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | ☑ |
    | II | 6 to 10 days | ☐ |
    | III | 11 to 20 days | ☐ |
    | IV | 21 to 60 days | ☐ |
    | V | 61 days and over | ☐ |

    (Check only one)

    | | |
    |---|---|
    | Petty | ☐ |
    | Minor | ☐ |
    | Misdemeanor | ☑ |
    | Felony | ☐ |

6. Has this case previously been filed in this District Court? (Yes or No)  **No** _____

    If yes: Judge _____ Case No. _____

    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No)  **No** _____

    If yes: Magistrate Case No.  _____

    Related miscellaneous numbers:  _____

    Defendant(s) in federal custody as of  _____

    Defendant(s) in state custody as of  _____

    Rule 20 from the District of  _____

    Is this a potential death penalty case? (Yes or No)  **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  **No** _____

_____

A. MARIE VILLAFAÑA
Assistant United States Attorney
FLA Bar No.  0018255

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:   ANA BEATRIZ HERNANDEZ

Case No.:_____22-cr-80081-Dimitrouleas/McCabe_____

Count 1:

_____18 U.S.C. § 1028(a)(4), (b)(6)_____

_____Possession of false identification document_____

*Max. Penalty: 1 Year Imprisonment; 1 Year Supervised Release; $100,000 Fine; $25 special

assessment_____

*Does not include possible restitution, probation/parole terms, or forfeitures that may be
applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

22-cr-80081-Dimitrouleas/McCabe

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: ANA BEATRIZ HERNANDEZ _____

$10,000 Personal Surety Bond
_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   A. MARIE VILLAFAÑA

Last Known Address: _____

_____

_____

What Facility:          _____

_____

Agent(s):          _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)