UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80081-CR-DIMITROULEAS

**UNITED STATES OF AMERICA**

    Plaintiff,

vs.

**ANA BEATRIZ HERNANDEZ**

    Defendants.

_____/

**ORDER OF TRANSFER**

**GOOD CAUSE** appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00, due to this case being related to *USA v. Accelogic LLC et al.*, Case No. 9:22-cr-80080-AMC, and subject to consent given below, it is:

**ADJUDGED** that the above-numbered cause be and the same is hereby transferred to the calendar of The Honorable Aileen M. Cannon for all further proceedings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of May 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number, Case No. 22-80081-CR-CANNON, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 18th day of May 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Copies provided to:

Honorable William P. Dimitrouleas

Honorable Aileen M. Cannon

Counsel of Record

Clerk of Court