UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-CR-80081-WPD-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

ANA BEATRIZ HERNANDEZ,

    Defendant.

_____/

### DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Pursuant to Rule 32(f)(2) and Southern District of Florida Local Administrative Order 95-02, Defendant Ana Beatriz Hernandez respectfully makes the following objections to her Presentence Investigation Report ("PSI"). In support hereof, the Defendant Hernandez states as follows:

### IDENTIFYING DATA:

Defendant Hernandez respectfully avers that she does believe that her DNA was collected when she was processed for her initial appearance, and respectfully requests that the PSR be corrected to include this information.

### PART A. THE OFFENSE

#### The Offense Conduct

¶17.  Ms. Hernandez respectfully asks that this paragraph be clarified to reflect that the mailing address for the DMV was changed to 1633 Bonaventure Blvd., Weston, Florida.  However, the address on Defendant Hernandez's Florida Driver's License remained as 3301 N. Country Drive, Apt., 602, Aventura, Florida.

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

¶39. Ms. Hernandez respectfully requests that this paragraph be edited to reflect that her brother's name is Carlos Guillermo Hernandez Jimenez.

¶41. Ms. Hernandez respectfully requests that this paragraph be clarified to reflect that the Defendant Hernandez hopes to focus to the fullest extent possible in her daughter's schooling and psychological needs, while also work to support her financially.

### Employment Record

¶59. Ms. Hernandez respectfully asks that this paragraph be clarified to reflect that she and Gonzalez invested **at least** $2,789,554.94 into Accelogic.

## CONCLUSION

Defendant Hernandez respectfully requests that the Presentence Investigation Report be adjusted to incorporate the above-referenced objections and averments.

Dated: August 19, 2022            Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    Florida Bar No. 637432
    tbk@pietragallo.com

*Attorneys for Defendant Ana Beatriz Hernandez*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed electronically via CM/ECF, and furnished electronically to all counsel of record on August 19, 2022.

By: /s/ Tama Kudman